## GAINES v. STATE.
### No. 27077.

Court of Criminal Appeals of Texas

June 26, 1954.

Reid & Reid, by J. W. Reid, Abilene, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for the sale of beer in a dry area; the punishment, 30 days in jail and a fine of $500.

The complaint alleged the sale of beer to James L. Douglas on or about October 15, 1953, but such complaint was sworn to, according to the record, on October 3, 1953, which was before the date the offense was alleged to have been committed.

The state confesses error under the authority of Bradshaw v. State, Tex.Cr.App., 243 S.W.2d 586.

The judgment is reversed and the prosecution is ordered dismissed.

## GAINES v. STATE.
### No. 27078.

Court of Criminal Appeals of Texas.

June 26, 1954.

Reid & Reid, by J. W. Reid, Abilene, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The appeal is from a conviction for selling beer in a dry area, a fine of $100 and 30 days in jail having been assessed as punishment.

The complaint in this cause was sworn to on October 3, 1953. It alleged that appellant sold beer to James L. Douglas on or about October 17, 1953.

The complaint having been sworn to before the offense was allegedly committed, the conviction cannot stand. Gaines v. State, Tex.Cr.App., 269 S.W.2d 679.

The judgment is reversed and the prosecution is ordered dismissed.